UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANA MAMISAY**,<br>      Plaintiff,<br>  v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>      Defendants. | Case No. 16-cv-05684-YGR |
| **JAMIE TROUT**,<br>      Plaintiff,<br>  v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>      Defendants. | Case No. 16-cv-05698-YGR |
| **KATHERINE KING**,<br>      Plaintiff,<br>  v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>      Defendants. | Case No. 16-cv-05711-YGR |
| **SALESHNI CHAND**,<br>      Plaintiff,<br>  v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>      Defendants. | Case No. 16-cv-06311-YGR |

| | |
|---|---|
| **GLENNDA GATCHALIAN**,<br>          Plaintiff,<br>     v.<br>**EQUIFAX, INC., ET AL.**,<br>          Defendants. | Case No.  16-cv-06334-YGR |
| **JUSTIN PETRIE**,<br>          Plaintiff,<br>     v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>          Defendants. | Case No.  16-cv-06348-YGR |
| **KRISTIN ETHRIDGE**,<br>          Plaintiff,<br>     v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>          Defendants. | Case No.  16-cv-06360-YGR<br><br>**ORDER** |

**TO ALL PARTIES IN THE ABOVE-CAPTIONED CASES AND THE ATTORNEYS OF RECORD:**

To manage efficiently the various similar issues raised in the captioned cases, the Court issues this case management order.  All local and federal rules shall be followed except as otherwise set forth herein.

Defendants in the above-captioned cases shall file a responsive pleading, including any motions to dismiss by no later than December 27, 2016. In their motions, defendants shall not raise the same arguments already advanced by Experian and Chase in their previously-field motions to dismiss in cases 16-5684, 16-5698, and 16-5711. Defendants may adopt those arguments by referencing the previously-filed motion(s) and attaching the motion(s).

Plaintiffs' oppositions to the motions to dismiss are due on January 17, 2017. In their oppositions, plaintiffs shall not raise the same arguments already advanced in the earliest-filed

2

opposition. Plaintiffs may adopt those arguments by referencing the earliest-filed opposition(s) and attaching the opposition(s).

Defendants shall file one consolidated reply in each case by February 7, 2017. Defendant Experian shall indicate in each reply whether new arguments are being raised, or whether the reply is adopting the same arguments as the earliest-filed reply.

No chamber copies shall be sent except, within two business days of the last filing, Defendants shall deliver one comprehensive binder including all of the various filings. The Court does not require multiple copies of the identical attachments (see lines 2:26 and 3:2). Rather, the binder may include the first page of the attachment only. In addition, it shall include an index which separates the actions from the motion work, e.g. Tab 1 shall be for case no. 16-cv-5684, with subtabs, A, B, and C for the motion, opposition and reply. All chambers copies shall have ECF headers.

A hearing shall be held on all motions to dismiss on **February 28, 2017** on the Court's **1:00 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

The Court further understands, based upon the representations of the parties at the case management conference on December 12, 2016, that defendants Citibank, Bank of America, and Transunion are in the process of finalizing settlement agreements with plaintiffs. By **January 6, 2017**, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 13, 2017**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Plaintiffs shall also serve all defendants in the above-captioned cases no later than **January 6, 2017**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 13, 2017**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. By **January 6, 2017**, plaintiffs shall file a one-page **STATEMENT** confirming that all remaining defendants have been served or setting forth an explanation

1  regarding the failure to comply.  If compliance is complete, plaintiffs need not appear and the
2  compliance hearing will be taken off calendar.
3      All currently pending motions and stipulations for extensions of time in the above-
4  captioned cases are **DENIED AS MOOT**. All currently pending motions and stipulations for
5  dismissal are **GRANTED**.
6      **IT IS SO ORDERED.**
7  Dated: December 15, 2016

          _____
          **YVONNE GONZALEZ ROGERS**
          **UNITED STATES DISTRICT COURT JUDGE**