UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANA MAMISAY**,<br>　　　　Plaintiff,<br><br>　　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>　　　　Defendants. | Case No. 16-cv-05684-YGR<br><br>**ORDER TO SHOW CAUSE** |

The case management conference in the above-captioned case was held on December 12, 2016. Counsel for defendant American Honda Finance Corporation failed to file a joint case management statement or to appear at the case management conference. Counsel for defendant American Honda Finance Corporation is hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $250 for failure to file a joint case management statement or appear at the case management conference.

A hearing on this Order to Show Cause will be held on the Court's **9:01 a.m.** calendar on **Friday, January 13, 2017**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. By **January 6, 2017**, counsel for defendant American Honda Finance Corporation shall file a one-page **STATEMENT** that they have (1) reviewed the Local Rules with respect to their responsibilities and (2) reviewed the Court's case management order in this case.

If the Court is satisfied with the statement, counsel for defendant American Honda Finance Corporation need not appear and the hearing will be taken off calendar. Otherwise, counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file the written statement or to appear personally will be deemed an

1   admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

2   **IT IS SO ORDERED.**

3   Dated: December 16, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**