UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANA MAMISAY**, <br> Plaintiff, <br> v. <br> **EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**, <br> Defendants. | Case No. 16-cv-05684-YGR <br><br> **ORDER REGARDING FILING OF AMENDED COMPLAINTS; BRIEFING SCHEDULE FOR MOTIONS TO DISMISS; VACATING STAY; DENYING STIPULATIONS AS MOOT; AND VACATING CASE MANAGEMENT CONFERENCE IN CASE NO. 17-CV-416** |
| **KATHERINE KING**, <br> Plaintiff, <br> v. <br> **EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**, <br> Defendants. | Case No. 16-cv-05711-YGR |
| **GLENNDA GATCHALIAN**, <br> Plaintiff, <br> v. <br> **EQUIFAX, INC., ET AL.**, <br> Defendants. | Case No. 16-cv-06334-YGR |
| **JUSTIN PETRIE**, <br> Plaintiff, <br> v. <br> **EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**, <br> Defendants. | Case No. 16-cv-06348-YGR |

| | |
|---|---|
| **TANESHA COLLAZO**,<br>       Plaintiff,<br>   v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>       Defendants. | Case No. 17-cv-416-YGR |
| **JOHN MCENTEE**,<br>       Plaintiff,<br>   v.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,<br>       Defendants. | Case No. 17-cv-502-YGR |
| **FLORENTINO LEANILLO**,<br>       Plaintiff,<br>   v.<br>**EQUIFAX, INC., ET AL.**,<br>       Defendants. | Case No. 17-cv-507-YGR |

The Court is in receipt of the recent filings regarding the status of the captioned items and **SETS** the following schedule:

1. Plaintiffs shall file Amended complaints in all the above-captioned cases by **April 17, 2017**. If suit is brought against defendants for whom no allegations exist in the action (*see, e.g.,* Dkt. No. 72 in *Mamisay*; Dkt. No. 94 in *King*), plaintiffs shall also file a brief explaining the legal basis upon which such claims can be sustained as a matter of law.

2. Any defendant choosing to file an answer to the amended complaint shall do so by **April 24, 2017**.

3. All remaining defendants shall file one joint and consolidated motion by no later than **May 16, 2017**. One joint and consolidated opposition shall be filed no later than **June 6, 2017**. One joint and consolidated reply shall be filed no later than **June 20, 2017**. If

necessary, the Court will set the cases for hearing after briefing is complete.

In light of the foregoing, the stays previously ordered in Case Numbers 17-cv-416, 17-cv-502, and 17-cv-507 are **VACATED**.

Additionally, the following stipulations to extend time to respond the initial complaint are **DENIED AS MOOT**:

1. In Case No. 17-cv-416: Dkt. Nos. 16, 20, 21, and 24.
2. In Case No. 17-cv-502: Dkt. Nos. 9, 11, and 12.
3. In Case No. 17-cv-507: Dkt. Nos. 16, 18, and 19.

The case management conference in Case No. 17-cv-416, *Collazo v. Experian Information Solutions,* currently set for Monday, April 17, 2017, is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 12, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**