# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANA MAMISAY,**<br>    Plaintiff**,**<br>  vs.<br>**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,**<br>    Defendants**.** | CASE NO. 16-cv-05684-YGR<br>**ORDER RE: DISMISSAL OF DEFENDANTS CHASE BANK USA, N.A. AND AMERICAN HONDA FINANCE CORPORATION**<br>Re: Dkt. Nos. 72, 73 |

In light of the statement filed at Docket No. 72 by defendants Chase Bank USA, N.A., (erroneously sued as JPMorgan Chase Bank) and American Honda Finance Corporation; this Court's Order of April 12, 2017, at Docket No. 73, directing plaintiff to file a brief explaining the legal basis for suit against these defendants against whom no allegations were made; and the fact that no such brief has been filed, the parties are hereby notified that these defendants shall be **DISMISSED** and terminated from this case effective **April 27, 2017**.

In addition, plaintiffs' counsel shall forthwith, but in no event later than **May 1, 2017**, file notices of dismissal of any other defendant previously named and no longer identified as a defendant in the operative amended complaint.

**IT IS SO ORDERED.**

Dated: April 24, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**