UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANA MAMISAY**, <br> Plaintiff, <br> v. <br> **EXPERIAN INFO SOLS., ET AL.**, <br> Defendants. | Case No.  16-cv-05684-YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** <br> Re: Dkt. No. 82 |

Based upon the notice of settlement filed July 20, 2017, indicating plaintiff and defendant Equifax, Inc. have reached a settlement (Dkt. No. 82), the Court **SETS** a compliance hearing for **9:01 a.m.** calendar on **Friday, September 22, 2017**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  By **September 15, 2017**, plaintiff shall file either (a) a Stipulation of Dismissal; or (b) a one-page **STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, plaintiff need not appear, and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: July 31, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**