Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Juana Mamisay

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| JUANA MAMISAY,<br><br>      Plaintiff,<br><br>   vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>      Defendants. | Federal Case No.: 4:16-CV-05684-YGR<br><br>ORDER GRANTING **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.;** [PROPOSED] ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Juana Mamisay and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

DATED:  August 25, 2017          Sagaria Law, P.C.

                                 By: _____/s/ Elliot W. Gale_____
                                         Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Juana Mamisay

DATED:  August 25, 2017          Nokes & Quinn

                                 By: _____/s/ Thomas P. Quinn, Jr._____
                                         Thomas P. Quinn, Jr.
                                 Attorneys for Defendant
                                 Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 30, 2017          _____
                                YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE