UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANA MAMISAY**, | Case No.  16-cv-5684-YGR |
| Plaintiff, | ORDER TO SHOW CAUSE RE FAILURE TO FILE CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | |
| **EXPERIAN INFO SOLS., ET AL.**, | |
| Defendants. | |

The parties are scheduled for a case management conference on Monday, September 11, 2017.  The parties have failed to file a Joint Case Management Conference as required by the Local Rules.

"Unless otherwise ordered, no later than the date specified in Fed. R. Civ. P. 26(f), counsel must file a Joint Case Management Statement . . . ," namely 7 days before the conference.  Civil L.R. 16-9(a).  "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process."  Civil L.R. 16-10(d).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200.00 for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, September 11, 2017,** on the Court's **2:01 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, September 8, 2017**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with

respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule.

Lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: September 6, 2017

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California