1 SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
2 ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
3 JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
4 **SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
5 Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax
6
Attorneys for Plaintiff
7 JUANA MAMISAY

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JUANA MAMISAY, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 4:16-CV-05684-YGR <br> ORDER GRANTING STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED ORDER~~ |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Juana Mamisay and defendant Experian Information Solutions, Inc., ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 1

DATED:  September 7, 2017          Sagaria Law, P.C.

                                   By: _____ */s/ Elliot W. Gale*_____
                                          Elliot W. Gale
                                   Attorneys for Plaintiff
                                   Juana Mamisay


DATED:  September 7, 2017          Jones Day



                                   By: _____ */s/ Benjamin Lee*_____
                                          Benjamin Lee
                                   Attorneys for Defendant
                                   Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Lee has concurred in this filing.

*/s/ Elliot Gale*


### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.  As this dismissal is of the only remaining defendant in this action, the Clerk is directed to close the case.

IT IS SO ORDERED.


DATED: September 8, 2017           _____
                                   YVONNE GONZALEZ ROGERS
                                   UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 2